THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HENRY F. CLARK, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Harry S. Travis* for motion.
*Herbert H. Smith, District Attorney,* opposed.

Motion granted and appeal dismissed (see Code Crim. Pro., § 520, subd. 3; *People* v. *Hatzis,* 297 N. Y. 163).